UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CYNTOIA DENISE BROWN ]
    Petitioner, ]
]
v. ] No. 3:15-cv-0712
] Senior Judge Nixon
VICKI FREEMAN, Warden ]
    Respondent. ]

## O R D E R

In accordance with the Memorandum contemporaneously entered, the Court finds no merit in petitioner's amended habeas corpus petition (Docket Entry No. 13). Therefore, the petition is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules - - § 2254 Cases.

Should the petitioner file a timely Notice of Appeal, such Notice shall be treated as an Application for a Certificate of Appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has failed to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

                                                John T. Nixon
                                              Senior District Judge