Case No. 16-6738

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

CYNTOIA BROWN

    Petitioner - Appellant

v.

GLORIA GROSS, Warden

    Respondent - Appellee

BEFORE: GIBBONS, THAPAR and LARSEN, Circuit Judges.

Upon consideration of the appellant's motion to voluntarily dismiss the above-styled appeal,

It is therefore, **ORDERED**, that the motion be and it hereby is **GRANTED** and the case is hereby **DISMISSED**.

                                          **ENTERED BY ORDER OF THE COURT**

                                          Deborah S. Hunt, Clerk

Issued: January 09, 2019

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 09, 2019

Mr. John H. Bledsoe

Mr. Charles W. Bone

Mr. Thomas Hauser Castelli

Mr. Christopher Jeffrey Climo

Ms. Marsha L. Levick

Mr. Charles Mark Pickrell

Re: Case No. 16-6738, *Cyntoia Brown v. Gloria Gross*
Originating Case No. 3:15-cv-00712

Dear Counsel:

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager
Direct Dial No. 513-564-7034

cc: Mr. Keith Throckmorton

Enclosure

No mandate to issue